CHARLES J. STILLER, Appellant, v. EDWIN J. LUCAS, Respondent,
Impleaded with EDWARD HUNTER, Defendant.— The appeal from the
judgment of the City Court of Mount Vernon dismissed, without costs.
Appeals from judgments of the City Court, where the amount is less than
$200, must be to the County Court under the city charter (Laws of 1892,
chap. 182, § 114). Upon the appeal by plaintiff from the order of the County
Court reversing the judgment of the City Court, entered on the verdict
of a jury, and granting a new trial, we are of opinion that the evidence
presented a question of fact as to the employment of plaintiff by defendant
Lucas, and that it cannot be said as matter of law that the verdict was
contrary to the evidence. Order of the County Court of Westchester
county reversed, and verdict and judgment thereon of the City Court of

Mount Vernon unanimously reinstated, with costs. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

ELIZABETH SWEENEY, as Administratrix, etc., of GEORGE FRANCIS SWEENEY, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.